VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone    (415) 421-4347
Fax          (650) 289-0636

Counsel for Adrian Angel Lopez



2/1/2012

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00236 EJD |
| Plaintiff, | STIPULATION RE CONTINUANCE OF STATUS DATE; [PROPOSED] ORDER |
| v. | |
| ADRIAN ANGEL LOPEZ, | |
| Defendant. | |

It is hereby stipulated between the defendant Adrian Angel Lopez, by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Allison Danner, that the status date of February 6, 2012, at 1:30 p.m. be continued to March 12, 2012, at 1:30 p.m. The reason for this continuance is that the parties agree that the alleged drug samples can be retested by a defense expert. A defense expert has been retained. It will take additional time for the ATF agent to transport the drug samples to the laboratory and for the expert to complete his testing and analysis.

Under Title 18 U.S.C. §3161(h)(7)(B)(iv), the continuance is necessary to allow the attorneys for the government and the defense the reasonable time necessary for effective preparation taking into the account the exercise of due diligence. Since defense counsel is awaiting the results of the

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

1  drug retesting, the time period from February 6, 2012, through March 12, 2012, should be excluded.
2     It is so stipulated.
3  Dated:      January 27, 2012                 Respectfully submitted,

                                                 /s/ Vicki H. Young
                                                VICKI H. YOUNG, ESQ.
                                                Attorney for Adrian Angel Lopez


9  Dated:      January 30, 2012                 MELINDA HAAG
                                                UNITED STATES ATTORNEY


                                                  /s/ Allison Danner
                                                ALLISON DANNER
                                                Assistant United States Attorney

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

# PROPOSED ORDER 

GOOD CAUSE BEING SHOWN, the status date appearance set for February 6, 2012, is continued to March 12, 2012. This Court finds that the period from February 6, 2012, through and including March 12, 2012, is excludable time under the Speedy Trial Act, 18 U.S.C. §3161(h). The basis for such exclusion is that additional time is needed for defense counsel to have the drug samples tested by a defense expert. Therefore the ends of justice served by such a continuance outweigh the best interest of the public and the defendants in a Speedy Trial within the meaning of Title 18 U.S.C §3161(h)(7)(A).

As required by 18 U.S.C §3161 (h)(7)(A), this Court finds that the reason that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial are the denial of the continuance would unreasonably deny both the attorney for the government and the attorney for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

DATED: February 1, 2012

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUANCE
[PROPOSED] ORDER